

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00065-CV

**BIG STAR BUILDERS, INC.,**
Appellant

v.

Paco **ZUNIGA**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-11956
Honorable John D. Gabriel Jr., Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: June 28, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM